UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FA'DEE MULAZIM, et. al,

    Plaintiffs,

v.                                                            Case No. 82-72418

MICHIGAN DEPARTMENT OF                      HONORABLE AVERN COHN
CORRECTIONS, et. al,

    Defendants.

_____/

## ORDER

This is a pro se prisoner civil rights case under 42 U.S.C. § 1983 which has long since closed. In 1982, plaintiff Fa'Dee Mulazim filed a complaint.[1] In 1992, the Court dismissed the case and the Court of Appeals for the Sixth Circuit dismissed plaintiff's appeal. Now, approximately seventeen years later, on October 7, 2009, plaintiff[2] filed the following:[3]

A Motion for Order to File Amended Complaint

---

[1] Plaintiff filed a second case in 1988, case no. 88-74120. In 1989, the Court consolidated the cases.

[2] Plaintiff filed the papers under case no. 82-72418. Plaintiff now names the Melanic Palace of the Rising Son, Inc. as a plaintiff and designates himself as "Co-Incorporator and Resident Agent."

[3] On August 24, 2009, plaintiff filed "A Motion for Order to File Amended Complaint," a "Motion for Preliminary Injunction and Temporary Restraining Order, " and "Motion for Leave to Proceed In Forma Pauperis and For Appointment of Counsel." The Court denied these motions in an order filed September 1, 2009 for the same reasons the instant motions are denied.

A Motion for Order to Take Judicial Notice and For Relief from Judgment

The motions are improper because the case is closed. Accordingly, the motions are DENIED. Plaintiff shall not file any further papers in this case.

SO ORDERED.

      s/ Avern Cohn
      AVERN COHN
      UNITED STATES DISTRICT JUDGE

Dated: October 15, 2009

I hereby certify that a copy of the foregoing document was mailed to Fa'Dee Mulazim, 146093, Macomb Correctional Facility, 34625 26 Mile Road, New Haven, MI 48048 the attorneys of record on this date, October 15, 2009, by electronic and/or ordinary mail.

      s/ Julie Owens
      Case Manager, (313) 234-5160